Court Ex. #1
2/7/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :
                                 :   CONSENT PRELIMINARY ORDER
       - v. -                    :   OF FORFEITURE/
                                 :   MONEY JUDGMENT
TIFFANY RANDOLPH,                :
                                 :   19 Cr. 471(NSR)
              Defendant.         :
                                 :
- - - - - - - - - - - - - - - - x

WHEREAS, on or about June 25, 2019, TIFFANY RANDOLPH (the "defendant"), was charged in an one-count Information, 19 Cr. 471(NSR) (the "Information"), with money laundering, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i) (Count One);

WHEREAS, the Information included a forfeiture allegation as to Count One of the Information, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), of any and all property, real and personal, involved in the offense charged in Count One, or any property traceable to such property, including but not limited to a sum of money in United States currency representing the amount of property involved in the offense charged in Count One of the Information;

WHEREAS, on or about June 25, 2019, the defendant pled guilty to Count One of the Information, pursuant to a plea agreement with the Government, wherein the defendant admitted the forfeiture allegation with respect to Count One of the Information

and agreed to forfeit, pursuant to Title 18, United States Code, Section 982(a)(1): a sum of money equal to $7,000 in United States currency, representing the proceeds received by the defendant from the offense charged in Count One of the Information;

WHEREAS, the defendant consents to the entry of a money judgment in the amount of $7,000 in United States currency representing the amount of property involved in the offense charged in Count One of the Information that the defendant; and

WHEREAS, the defendant admits that, as a result of acts and/or omissions of the defendant, the property involved in the offense charged in Count One of the Information cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Geoffrey S. Berman, United States Attorney, Assistant United States Attorney, Lindsey Keenan, of counsel, and the defendant, and her counsel, Bruce Koffsky, Esq., that:

1. As a result of the offense charged in Count One of the Information, to which the defendant pled guilty, a money judgment in the amount of $7,000 in United States currency (the "Money Judgment"), representing the amount of the property involved in the offense charged in Count One of the Information, shall be entered against the defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the defendant, TIFFANY RANDOLPH, and shall be deemed part of the sentence of the defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the defendant's name and case number.

4. The United States Marshals Service is authorized to deposit the payments on the Money Judgment in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the defendant up to the uncollected amount of the Money Judgment.

6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

8. The Clerk of the Court shall forward three certified copies of this Consent Preliminary Order of Forfeiture/Money Judgment to Assistant United States Attorney Alexander J. Wilson, Co-Chief of the Money Laundering and Transnational Criminal Enterprises Unit, United States Attorney's Office, One St. Andrew's Plaza, New York, New York 10007.

(REMAINDER OF PAGE INTENTIONALLY LEFT BLANK)

9. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By: _____        6/25/2019
    LINDSEY KEENAN                            DATE
    Assistant United States Attorney
    One St. Andrew's Plaza
    New York, NY 10007
    (914) 993-1907


TIFFANY RANDOLPH

By: _____        6/25/19
    TIFFANY RANDOLPH                          DATE

By: _____        6/25/19
    BRUCE D. KOFFSKY, ESQ.                    DATE
    Attorney for Defendant
    1150 Bedford Street
    Stamford, CT 06905

SO ORDERED:

_____            1/31/2020
HONORABLE NELSON S. ROMAN                    DATE
UNITED STATES DISTRICT JUDGE